In the Matter of NANCY BUNTZMAN, Respondent, v AROL I. BUNTZMAN, Appellant. [644 NYS2d 986]

The Family Court had jurisdiction over the instant application (*see,* Family Ct Act § 466). The appellant's remaining contention is without merit (*see, Matter of Cox v Cox,* 181 AD2d 201, 204; *Singer v Singer,* 180 AD2d 725). Rosenblatt, J. P., Ritter, Copertino and Joy, JJ., concur.